AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
APR 1 9 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

United States of America )
v. )
) Case No.  4:13 MJ 6085 TCM
FREDRICK K. CRAYTON, a/k/a "Freaky" and )
JAMES EDWARD JONES, a/k/a "J Blood," )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  APRIL 18, 2013  in the city of  SAINT LOUIS  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 111 | Assault on a Federal Officer with a Dangerous or Deadly Weapon wherein the defendant forcibly assaulted a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives; the assault resulted in bodily injury, and at the time of the assault, this Special Agent was doing what he was employed by the Federal Government to do. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

SPECIAL AGENT RUSSELL G. JOHNSON
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  4/19/13 

*Judge's signature*

City and state:  St. Louis, Missouri   Honorable Thomas C. Mummert III, U.S. Magistrate Judge
*Printed name and title*